FORM B6 - Cont.
(6/90)

# United States Bankruptcy Court

## Northern District, Gainesville Division

Jeffery Carlton Hollingsworth

In re _____     Case No.  03-00351-GVL1
                    Debtor                              (If known)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 4 | $ 21,655.00 | | |
| C - Property Claimed As Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 19,514.52 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $ 3,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 2 | | $ 21,491.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 1,792.48 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 2,632.50 |
| Total Number of Sheets in ALL Schedules ▶ | | 15 | | | |
| Total Assets ▶ | | | 21,655.00 | | |
| Total Liabilities ▶ | | | | 44,005.52 | |

AMOUNTS SCHEDULED

CLERK
BANKRUPTCY COURT
NORTH/DIST. FLA.
TALLAHASSEE, FLA.

03 AUG 15  AM 11: 35

FILED

FORM B6A
(10/89)

In re ___Jeffery Carlton Hollingsworth_____     Case No. _____03-00351-GVL1_____
                        Debtor                                                      (if known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.   If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community)."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | |
| | | | Total ▶   0.00 | |

Bankruptcy2000 © 1991-98, New Hope Software, Inc. - 3039)

FORM B6B
(10/89)

In re  Jeffery Carlton Hollingsworth

Debtor

Case No. 03-00351-GVL1

(if known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 5. Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothing & personal effects | | 300.00 |
| 7. Furs and jewelry. | | Diamond wedding set (cluster of diamonds w/ 1 ct. total)<br><br>Gift to ex-wife, Daphne Hollingsworth, 10708 CR 236, Alachua, FL. | | 800.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Midland National Life Insurance term life policy. No cash value. | | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | 401(K) - see folder | | 2,500.00 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | TRADEPMR stock account 44012582<br>Penny stock unsure of value. Purchased 20,000 shares for $500. | | 100.00 |
| | | 50 shares of Emtel Inc.<br>Paid $2,500 for 50 shares of stock. Unsure of current market value. | | 1,000.00 |

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - 30191

FORM B6B
(10/89)

In re Jeffery Carlton Hollingsworth

Debtor

Case No. 03-00351-GVL1

(if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | | Potenial personal claim. Auto accident. Hired Tom Farkash, Esq. Unsure of value. | | 0.00 |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1997 Chevy C1500 Truck ext. cab  4/4 reg. bed, 114 miles | | 10,900.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - (1019)

FORM B6B
(10/89)

In re ___Jeffery Carlton Hollingsworth___    Case No. ___03-00351-GVL1___
            Debtor                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |
| | | 0 ___continuation sheets attached | Total ▶ | $ 21,655.00 |

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules)

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - 16101

## Personal Property Listing

NAME: _Jeffery C. Hollingsworth_ Pg.1

| LIVING/FAMILY ROOM | | | |
|---|---|---|---|
| ARTICLE | How Many | How Old | Total Worth $ |
| Bookcases | | | |
| Books | | | |
| CD | 5 | x2 | 10 |
| CD Player | 1 | 3mo | $50 |
| Chairs     See Family | 6 | 15yrs | 500 |
| Coffee Table | | | |
| End Tables | 2 | 20yrs | $20. |
| Computer | | | |
| Monitor | | | |
| Printer | | | |
| Scanner | | | |
| Desk | | | |
| Couch | | | |
| Futon | | | |
| Love Seat | | | |
| Lamps | | | |
| Ottoman | | | |
| Recliner | 1 | | $100 |
| Pictures | | | |
| Stereo | | | |
| Records/Tapes | | | |
| VCR | | | |
| Tapes | | | |
| DVD Player | | | |
| Home Theater | | | |
| TV Set   See bedroom | 1 | 3mo | $500. |
| TV Stand | | | |
| Area Rugs | | | |
| TV Chair | | | $25 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL OF COLUMN | X | X | $70. |

| KITCHEN | | | |
|---|---|---|---|
| ARTICLE | How Many | How Old | Total Worth $ |
| Table | | | |
| Chairs | | | |
| Bakers Rack | | | |
| Can Opener | | | |
| Coffee Pot | | | |
| Pots/Pans | | | |
| Dishes | | | |
| Silverware | | | $100 |
| Glasses | | | |
| Dishwasher | | | |
| Microwave | | | |
| Refrigerator | | | |
| Stove | | | |
| Toaster Oven | | | |
| Toaster | 1 | 3mo | $25. |
| Bread Machine | | | |
| Pictures | | | |
| Blender | | | < |
| | | | |
| TOTAL OF COLUMN | X | X | 25. |

| DINING ROOM | | | |
|---|---|---|---|
| ARTICLE | How Many | How Old | Total Worth $ |
| Table | 1 | 15yrs | 100. |
| Chairs (sisters) | 6 | 15yrs | 100 |
| Buffet | | | |
| Hutch (sisters) | 1 | 15yrs | 100. |
| China (sisters) | | | |
| Crystal | | | |
| Silver | | | |
| Pictures | | | |
| | | | |
| | | | |
| | | | |
| TOTAL OF COLUMN | X | X | 300. |

## Personal Property Listing

NAME: _Jeffrey C. Hollingsworth_ Pg. 2

| UTILITY ROOM | | | |
|---|---|---|---|
| **ARTICLE** | **How Many** | **How Old** | **Total Worth $** |
| Washer | 1 | 10 yrs | $25 |
| Dryer | 1 | 10 yrs | $25. |
| Freezer | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL OF COLUMN** | X | X | 50. |

| MISCELLANEOUS | | | |
|---|---|---|---|
| **ARTICLE** | **How Many** | **How Old** | **Total Worth $** |
| Bike | | | |
| Camcorder | | | |
| Camera | | | |
| Camera Equip. | | | |
| File Cabinet | | | |
| Linens/Towels | | $ | 10 |
| Vacuum Cleaner | | | |
| Steam Cleaner | | | |
| Telephones | | | |
| Cell Phone | 1 | 3 mo | $50. |
| Christmas Tree | | | |
| Christmas Dec. | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL OF COLUMN** | X | X | 50. |

| TOOLS | | | |
|---|---|---|---|
| **ARTICLE** | **How Many** | **How Old** | **Total Worth $** |
| Cordless drill | 1 | | 25. |
| Chain saw) | | | |
| and misc small | | | |
| tools | | | 100 |
| **TOTAL OF COLUMN** | X | X | 25. |

| OUTSIDE | | | |
|---|---|---|---|
| **ARTICLE** | **How Many** | **How Old** | **Total Worth $** |
| Garage | | | |
| Utility Shed | | | |
| Patio Furniture | | | |
| Swing Set | | | |
| Garden Tools | | | |
| Grill | 1 | 1 yr | $50. |
| Smoker | | | |
| Hot Tub/Jacuzzi | | | |
| Lawn Mower | | | |
| Satellite Dish | | | |
| Bird Feeders | | | |
| Bird Bath | | | |
| Fountain | | | |
| Swimming Pool | | | |
| Lawn Ornaments | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL OF COLUMN** | X | X | 50. |

| JEWELRY | | | |
|---|---|---|---|
| **ARTICLE** | **How Many** | **How Old** | **Total Worth $** |
| Watches (costume) | 2 | 5 yrs | 10. |
| gold ring (like a class ring) | | | $ 50 |
| onyx ring | | | $10 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL OF COLUMN** | X | X | |

## Personal Property Listing

NAME: _Jeffery C. Hollingsworth_ Pg. 3

| MASTER BEDROOM | | | |
|---|---|---|---|
| **ARTICLE** | **How Many** | **How Old** | **Total Worth $** |
| Bed | 1 | 40 yrs | 100 |
| Headboard | 1 | 40 yrs | 25. |
| Desk | | | |
| Dressers | 1 | 40 yrs | 25. |
| Night Stand | | | |
| Mirror | | | |
| Lamps | 2 | 3 mo | 10. |
| Pictures | | | |
| Vanity | | | |
| TV | 1 | 3 mo | 500. |
| TV Stand | | | |
| Chest of Drawers | 1 | 40 yrs | 50. |
| Chests | | | |
| | | | 710. |
| **TOTAL OF COLUMN** | **X** | **X** | |

| BEDROOM #2 | | | |
|---|---|---|---|
| **ARTICLE** | **How Many** | **How Old** | **Total Worth $** |
| Bed | | | |
| Headboard | | | |
| Desk | | | |
| Dressers | | | |
| Night Stand | | | |
| Mirror | | | |
| Lamps | | | |
| Pictures | | | |
| Vanity | | | |
| TV | | | |
| TV Stand | | | |
| Chest of Drawers | 1 | 40 yrs | 50. |
| Chests | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL OF COLUMN** | **X** | **X** | 50. |

| BEDROOM #3 | | | |
|---|---|---|---|
| **ARTICLE** | **How Many** | **How Old** | **Total Worth $** |
| Bed | | | |
| Headboard | | | |
| Desk | | | |
| Dressers | | | |
| Night Stand | | N/A | |
| Mirror | | | |
| Lamps | | | |
| Pictures | | | |
| Vanity | | | |
| TV | | | |
| TV Stand | | | |
| Chest of Drawers | | | |
| Chests | | | |
| | | | |
| **TOTAL OF COLUMN** | **X** | **X** | |

| BEDROOM #4 | | | |
|---|---|---|---|
| **ARTICLE** | **How Many** | **How Old** | **Total Worth $** |
| Bed | | | |
| Headboard | | | |
| Desk | | | |
| Dressers | | | |
| Night Stand | | | |
| Mirror | | | |
| Lamps | | | |
| Pictures | | | |
| Vanity | | | |
| TV | | | |
| TV Stand | | | |
| Chest of Drawers | | | |
| Chests | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL OF COLUMN** | **X** | **X** | |

NAME: _Jeffery C Hollingsworth_ Pg. 4

## Personal Property Listing

| SPORTS/HOBBY EQUIPMENT | | | |
|---|---|---|---|
| ARTICLE | How Many | How Old | Total Worth $ |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL OF COLUMN | X | X | |

| FIREARMS | | | |
|---|---|---|---|
| ARTICLE | How Many | How Old | Total Worth $ |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL OF COLUMN | X | X | |

| COLLECTIBLES | | | |
|---|---|---|---|
| ARTICLE | How Many | How Old | Total Worth $ |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL OF COLUMN | X | X | |

| OTHER PERSONAL PROPERTY | | | |
|---|---|---|---|
| ARTICLE | How Many | How Old | Total Worth $ |
| | | | |
| Air hockey table | 1 | | 150 00 |
| | | | |
| vintage glass collection | | | $ 50 00 |
| coke bottles (collection) | | | $ 50 00 |
| | | | |
| toys | | | $ 200 |
| | | | |
| 12 gage shot gun | 1 | | $ 100 |
| | | | |
| Elvis Collection | | | $ 200 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL OF COLUMN | X | X | |
| GRAND TOTAL | X | | |

FORM B6C
(6/90)

In re Jeffery Carlton Hollingsworth
_____
Debtor

Case No. 03-00351-GVL1
_____
(if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under

(Check one box)

☐ 11 U.S.C. §522(b)(1)  Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.

☑ 11 U.S.C. §522(b)(2)  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| 401(K) - see folder | FSA §§ 222.21(2), 222.201 | 2,500.00 | 2,500.00 |
| Midland National Life Insurance term life policy. No cash value. | Fl Const. Art. 10 §4(a)(2), FSA §222.06 | 0.00 | 0.00 |
| Used household goods. See attached list. | Fl Const. Art. 10 §4 | 1,000.00 | 1,950.00 |
| 1997 Chevy C1500 Truck ext. cab  4/4 reg. bed, 114 miles | FSA §222.25(1) | 0.00 | 10,900.00 |

Bankruptcy2000 c 1991-98, New Hope Software, Inc - 30191

FORM B6G
(10/89)

In re ___Jeffery Carlton Hollingsworth_____  Case No.___03-00351-GVL1_____
                        Debtor                                                      (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.    State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| Ann Harrison<br>Alachua, FL | Home lease. Term expires 12/03. |

Bankruptcy2000 ©1991-98, New Hope Software Inc.  - 30191

FORM B6H
(6/90)

In re ___Jeffery Carlton Hollingsworth_____   Case No. ___03-00351-GVL1_____
                    Debtor                                              (if known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - 10191

FORM B6I
(6/90)

Jeffery Carlton Hollingsworth

In re _____    Case No. _____03-00351-GVL1_____
                    Debtor                                                    (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: Divorced | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES<br>No dependents | AGE | RELATIONSHIP |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Sales Manager | |
| Name of Employer | Main Street Chevrolet | |
| How long employed | 11 years | |
| Address of Employer | Gainesville, FL | N.A. |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 5,795.83 | $ N.A. |
| Estimated monthly overtime | $ 0.00 | $ N.A. |
| SUBTOTAL | $ 5,795.83 | $ N.A. |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 1,506.83 | $ N.A. |
| b. Insurance | $ 111.02 | $ N.A. |
| c. Union dues | $ 0.00 | $ N.A. |
| d. Other (Specify) child support | $ 2,385.50 | $ N.A. |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 4,003.35 | $ N.A. |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 1,792.48 | $ N.A. |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ N.A. |
| Income from real property | $ 0.00 | $ N.A. |
| Interest and dividends | $ 0.00 | $ N.A. |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ N.A. |
| Social security or other government assistance (Specify) _____ | $ 0.00 | $ N.A. |
| Pension or retirement income | $ 0.00 | $ N.A. |
| Other monthly income | $ | $ |
| (Specify) _____ | $ 0.00 | $ N.A. |
| _____ | $ 0.00 | $ N.A. |
| TOTAL MONTHLY INCOME | $ 1,792.48 | $ N.A. |

TOTAL COMBINED MONTHLY INCOME $ _____1,792.48_____    (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

Bankruptcy2000 ©1991-98, New Hope Software, Inc    903191

FORM B6J
(6/90)

In re  Jeffery Carlton Hollingsworth
_____,    Case No.  03-00351-GVL1
            Debtor                                              (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 462.50 |
| Are real estate taxes included?        Yes _____    No __✓__ | | |
| Is property insurance included?        Yes _____    No __✓__ | | |
| Utilities    Electricity and heating fuel | $ | 150.00 |
|              Water and sewer | $ | 0.00 |
|              Telephone | $ | 112.00 |
|              Other ___cable___ | $ | 50.00 |
| Home maintenance (Repairs and upkeep) | $ | 0.00 |
| Food | $ | 350.00 |
| Clothing | $ | 100.00 |
| Laundry and dry cleaning | $ | 50.00 |
| Medical and dental expenses | $ | 0.00 |
| Transportation (not including car payments | $ | 275.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|              Homeowner's or renter's | $ | 0.00 |
|              Life | $ | 0.00 |
|              Health | $ | 0.00 |
|              Auto | $ | 43.00 |
|              Other ___lunches at work___ | $ | 140.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)_____ | $ | 350.00 |
| Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
|              Auto | $ | 285.00 |
|              Other _____ | $ | 0.00 |
|              Other ___Piano (per divorce)___ | $ | 165.00 |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other _____ | $ | 0.00 |

| | | |
|---|---|---:|
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | 2,632.50 |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A.  Total projected monthly income | $ | N.A. |
| B.  Total projected monthly expenses | $ | N.A. |
| C.  Excess income (A minus B) | $ | N.A. |
| D.  Total amount to be paid into plan each _____N.A._____ | $ | N.A. |
|              (interval) | | |

Bankruptcy2000 © 1991-96, New Hope Software, Inc. - 3019)

Form B6-Cont.
(12/94)

In re  Jeffery Carlton Hollingsworth ,      Case No.  03-00351-GVL1
                  Debtor                                              (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  16

sheets and that they are true and correct to the best of my knowledge, information and belief.

(Total shown on summary page plus 1)

Date  5/29/03                              Signature _____
                                                              Debtor

Date  _____              Signature  **Not Applicable**
                                                              (Joint Debtor, if any)

[If joint case, both spouses must sign]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.

_____
_____
Address
Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____          _____
Signature of Bankruptcy Petition Preparer          Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C § 110; 18 U.S.C. §156.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Bankruptcy2000 © 1991-98, New Hope Software, Inc  30191

FORM 7
Rev. 12/94

# FORM 7. STATEMENT OF FINANCIAL AFFAIRS

## UNITED STATES BANKRUPTCY COURT
### Northern District, Gainesville Division

In Re __Jeffery Carlton Hollingsworth__                    Case No. ___03-00351-GVL1___
(Name)                                                                    (If known)

**Debtor**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 15 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 16-21. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

---

### DEFINITIONS

*"In Business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

### 1.    Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | | SOURCE (if more than one) |
|--------|--|---------------------------|
| 2003 | 21,846.50 | |
| 2002 | | Will provide. |
| 2001 | | Will provide. |

Bankruptcy2000 ©1991-98, New Hope Software, Inc. - (SPI)

**2.    Income other than from employment or operation of business**

None
☒
      State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                              SOURCE

**3.    Payments to Creditors**

None
☐
a.    List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Internal Revenue Service | w/in 90 days | $600 | $0 |

None
☒
b.    List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors, who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4a.   Suits and administrative proceedings, executions, garnishments and attachments**

None
☒
a.    List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
☒
b.    Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5.   Repossessions, foreclosures and returns

None
☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6a.   Assignments and Receiverships

None
☒

a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
☒

b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & CASE NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7.   Gifts

None
☒

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8.  Losses**

None
☒

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9.  Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case or since the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| Barbara A. Cusumano<br>Barbara A. Cusumano, PA<br>3520 NW 43rd Street<br>Gainesville, FL 32606 | March/April 2003 | $850 |

**10.  Other transfers**

None
☐

a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| Beverly Hollingsworth<br>Relationship: ex-wife | within the last year | Sold former marital home. Valued at $170,000 w/ debt of $147,000 in exchange for waiving alimoney of $24,000. |

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| Florida Credit Union Gainesville, FL | joint checking account w/ ex-wife. | Closed: Balance: |

**12. Safe deposit boxes**

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14.  Property held for another person

None

[ ]

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Tammy Johnson (sister) | dining room table and 6 chairs, hutch, and 2 pictures. | Debtor's apartment. |
| Beverly Hollingsworth (first ex-wife) | bed, 2 chests of drawers and dresser. | Debtor's home. |

### 15.  Prior address of debtor

None

[X]

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, also any separate address of either spouse.

|      ADDRESS      |      NAME USED      | DATES OF OCCUPANCY |
|---|---|---|

## [Questions 16 - 21 are not applicable to this case]

*   *   *   *   *   *

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    5/29/03

Signature of Debtor     JEFFERY CARLTON HOLLINGSWORTH

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

**CASE NO. 03-00351-GVL1**
**CHAPTER 7**

IN RE:

**JEFFREY CARLTON HOLLINGSWORTH**

    **Debtor.**

_____/

## ATTACHMENT TO
## STATEMENT OF FINANCIAL AFFAIRS TO
## INCLUDE QUESTIONS 16 THROUGH 18

    **PLEASE TAKE NOTICE** that the Debtor hereby amends his Statement of Financial Affairs to include the following questions:

16. **Spouses and Former Spouses.**
**If the Debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the Debtor's spouse and of any former spouse who reside or resided with the Debtor in the community property state.**

    None.

17. **Environmental Information. For the purpose of this question, the following definition apply:**

    **"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wasters or material into the**

including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the Debtor, including, but not limited to, disposal sites.

a.    List the name and address of every site for which the Debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the Government unit, the date of the notice, and, if known, the Environmental Law.

None.

b.    List the name and address of every site for which the Debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None.

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the Debtor was or is a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

d.

None.

18.    Nature, location and name of business.

a.    If the Debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the Debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within six years immediately

**preceding the commencement of this case, or in which the Debtor owned 5 percent or more of the voting or equity securities with the six years immediately preceding the commencement of the case.**

None.

Dated this 11th day of August 2003.

I declare under penalty of perjury that the foregoing information is true and correct.

X _____
Jeffrey Carlton Hollingsworth

## Certificate of Service

I HEREBY certify that on this __14__ day of August, 2003, a true and correct copy of the foregoing was furnished via US Mail upon the following:

Charles F. Edwards
Office of the US Trustee
227 N. Bronough Street, Suite 1038
Tallahassee, FL 32301

Theresa Bender, Trustee
PO Box 14557
Tallahassee, FL 32317

_____
Barbara A. Cusumano, Esq.
Florida Bar No. 0964859
Attorney for the Debtor
5218 SW 91st Drive
Gainesville, FL 32608
Phone (352) 379-2828

Form B8 (Official Form 8)
(9/97)

## Form 8. INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

### UNITED STATES BANKRUPTCY COURT
#### Northern District, Gainesville Division

In re   Jeffery Carlton Hollingsworth                ,          Case No.    03-00351-GVL1

Debtor                                                          Chapter     Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

   *a. Property to Be Surrendered.*

   **Description of Property**                          **Creditor's name**

   NONE

   *b. Property to Be Retained.*                       *[Check any applicable statement.]*

| Description of Property | Creditor's name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| 1997 Chevy 1500 Truck ex... | GMAC | | | √ |
| Pool Table | AMERICAN GENERAL FI... | | √ | |
| Diamond wedding set (clus... | HELZBERG DIAMONDS | | √ | |
| Furniture - in ex-wife's pos... | HOUSEHOLD BANK/ | | √ | |

Date:   5/29/03                              _____
                                             Signature of Debtor   JEFFERY CARLTON HOLLINGSWORTH

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.

Address

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document.

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X
Signature of Bankruptcy Petition Preparer                      Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. §156.*

Bankruptcy2000 ©1991-98 New Hope Software, Inc. - 30191

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

CASE NO. 03-00351-GVL1
CHAPTER 7

IN RE:

**JEFFREY CARLTON HOLLINGSWORTH**

　　　　Debtors.

_____/

## DISCLOSURE OF COMPENSATION -- Rule 2016 (b)

　　　1. Pursuant to 11 U.S.C. §329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the Debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy was $850.  Pursuant to the retainer agreement, the Debtor(s) has agreed to pay a minimum legal fee of $850 for services rendered on his/her/their behalf in contemplation of or in connection with this bankruptcy case. The minimum legal fee is a good faith estimate of the time and costs associated with the Debtor's representation based on the issues disclosed by the Debtor at the initial consultation.  Issues encountered post-petition relating to dischargeability, adversarial matters, additional creditors, valuation and conversion may increase this fee.

　　　2. The source of the compensation paid, or to be paid to me was the debtor.

　　　3. I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.


　　　Dated August 9, 2003.

Barbara A. Cusumano, Esq.
Florida Bar No. 0964859
3520 NW 43rd Street
Gainesville, FL 32606
352-379-2828