IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IN RE:                                                                                  CASE NO.03-00351GVL1

HOLLINGSWORTH, JEFFREY CARLTON
                                                                                              CHAPTER 7

          Debtor(s)
_____/

## NOTICE OF PAYMENT OF UNCLAIMED FUNDS TREATED IN ACCORDANCE WITH 11 U.S.C. §347

Chapter 7 Trustee, Theresa M. Bender ("Trustee"), pursuant to 11 U.S.C. §347, gives notice of the payment to the Clerk, U.S. Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant | Dividend |
|---|---|---|
| 3 | FLORIDA CREDIT UNION VISA<br>PO BOX 31279<br>TAMPA, FLORIDA 33631-3279 | $3025.95 |

Dated:  10/25/05

/s/ Theresa M. Bender
THERESA M. BENDER
CHAPTER 7 TRUSTEE
Theresa M. Bender, P.A.
Post Office Box 14557
Tallahassee, FL  32317
PH:  (850) 205-7777
FAX:  (850) 219-0053
FL. Bar # 0749486

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the foregoing NOTICE OF PAYMENT OF UNCLAIMED FUNDS TREATEDIN ACCORDANCE WITH 11 U.S.C. §347 has been served Electronically, or by U.S. Mail within two business days upon the following:

Office of the U.S. Trustee
110 E. Park Ave.
Suite 110
Tallahassee, FL. 32301

FLORIDA CREDIT UNION VISA
PO BOX 31279
TAMPA, FLORIDA 33631-3279


Dated: 10/25/05                                           /s/ Theresa M. Bender