UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IN RE:

NORTH FLORIDA CUSTOM
FEED CO, INC.,

Case No. 94-00209

_____ Debtor(s)   /

## ORDER DIRECTING DISBURSEMENT OF FUNDS

On July 22, 2002, the Chapter 7 Trustee, Mark Freund, filed a Report of Unclaimed Funds. Mr. Freund submitted to the Court, pursuant to 11 U.S.C. §347, the amount of $2,069.67 that was unclaimed by Barnett Bank of Alachua Co. On March 10, 2004, American Property Locators Inc., on behalf of Bank of America, NA, successor to Barnett Bank of Alachua Co., notified the Court it had not received its distribution of funds. Therefore, it is

ORDERED that the funds held in the registry of the Court in the amount of $2,069.67 be disbursed to Bank of America, NA, c/o American Property Locators Inc., One South Broadway, Suite 301, Edmond, OK 73034.

DONE and ORDERED at Tallahassee, Florida, this 13th day of April, 2004.

_____
LEWIS M. KILLIAN, JR.
Bankruptcy Judge

copies to:
Bank of America
American Property Locators, Inc.
United States Trustee